RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jay Yang

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00231-RFB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| JAY YANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jay Yang, that the Sentencing Hearing currently scheduled on August 10, 2018 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than August 22, 2018.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Yang, which is relevant to the sentencing disposition of this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 26th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Alexandra M. Michael*<br>By_____<br>ALEXANDRA M. MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAY YANG,<br><br>    Defendant. | Case No. 2:16-cr-00231-RFB<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, August 10, 2018 at 11:00 a.m., be vacated and continued to August 24, 2018 at the hour of 2:00 p.m.

DATED this 27th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE